AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

In Re:

CONSOLIDATED FEATURE
REALTY LITIGATION

v.

AMENDED

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-05-333-WFN

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that USF & G shall pay Feature $4,500,000.00 plus interest at the rate of 5.177% for USF & G allocated portion of the covenant judgment. Enter judgment in favor of Feature. USF&G shall pay $328,137.60 for costs of contribution to defense.

| | |
|---|---|
| June 11, 2008 | JAMES R. LARSEN |
| Date | Clerk |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |